1  Ronald Wilcox, Esq., State Bar No. 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

4  O. Randolph Bragg, IL Bar No. 06221983
   HORWITZ, HORWITZ & ASSOCIATES, LTD.
5  25 E. Washington Street, Suite 900
   Chicago, IL 60602
6  Tel: (312) 372-8822
   Fax: (312) 372-1673
7
   **ATTORNEY FOR PLAINTIFF**
8
                UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
                      SAN JOSE DIVISION
10

11 JUDY DAVILLA, on behalf of herself   )
   and all others similarly situated   )   *E-FILED - 8/18/05*
12                                     )
                                       )
13     Plaintiff,                      )
                                       )   CASE No: 05-01206 RMW RS
14     v.                              )
                                       )   REQUEST TO CONTINUE CASE
   THINLINE COLLECTIONS LLC,           )   MANAGEMENT CONFERENCE, and
15                                     )   [PROPOSED] ORDER
                                       )
16 BURTON LAW OFFICE, P.C. and         )   Date: August 19, 2005
   KENNETH W. BURTON,                  )   Time: 9:00 a.m.
17                                     )
                                       )
       Defendants.                     )
18                                     )

19    The parties hereby request that the Case management Conference be continued to

20 September 2, 2005. A motion for service costs and fees is set to be heard on September 2, 2005.

21 For the purposes of judicial economy the parties believe it would be best to address these matters

22 on the same day. Additionally, the parties acknowledge that the motion shall be heard at 9:00

23 a.m. (despite the notice stating the matter was to be heard at 10:30).

24

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER - 1

1  The parties will file a joint statement 10 days before the continued hearing.
2
3
4  Dated: 8/9/05                          _____
                                          Ronald Wilcox, Attorney for Plaintiff
5
6  Dated: 8-9-05                          _____
                                          Ken Burton, for Ken Burton and Burton Law Office
7
8
9                          [PROPOSED] ORDER
10
11 IT IS SO ORDERED:
12
13 Dated: 8/18/05        /S/ RONALD M. WHYTE
                         _____
14                       U.S. DISTRICT JUDGE R. M. WHYTE
15
16
17
18
19
20
21
22
23
24

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER - 2