FILED

AUG 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY DAVILLA, on behalf of herself and all others similarly situated<br>　　　　　　　Plaintiff(s),<br><br>　　v.<br>THINLINE COLLECTIONS, LLC, et al.<br><br>　　　　　　　Defendant(s).　　／ | CASE NO. 5:05-cv-01206 RMW<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

O. Randolph Bragg, an active member in good standing of the bar of Illinois, whose business address and telephone number is 25 E Washington Suite 900 Chicago IL 60602  (312) 372-8822, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Judy Davilla.

　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/23/05

　　　　　　　　　　　　　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　　United States District Judge