1

2

3

4                                    **E-FILED on**     8/25/05

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

| | |
|---|---|
| 12  JUDY DAVILLA, | No. C-05-01206 RMW |
| 13            Plaintiff, | ORDER GRANTING MOTION FOR COSTS |
| 14            v. | OF SERVICE AND ATTORNEY'S FEES |
| 15  THINLINE COLLECTIONS, LLC; KENNETH | **[Re Docket No. 14]** |
| 16  W. BURTON; and BURTON LAW OFFICE | |
| 17            Defendants. | |

18

19         Plaintiff Judy Davilla moves for the costs of service of process on defendants Thinline Collections,

20   Kenneth Burton, and Burton Law Office, and the costs of filing this motion to recover costs, including

21   attorney's fees, pursuant to Federal Rule of Civil Procedure 4(d)(2) and (5).  Defendants have filed no

22   opposition. The court considers this matter appropriate for decision on the papers and vacates the hearing

23   presently scheduled for September 2, 2005.  For the following reasons, the court grants plaintiff's motion.

                                **I.  BACKGROUND**

24         On March 24, 2005, plaintiff filed a complaint against defendants, alleging that defendants violated

25   the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, by attempting to collect and

26   collecting amounts not authorized by contract or by law, and sending false, deceptive, or misleading letters

27   containing false threats of suit in an attempt to collect a debt.

28

1       On March 31, 2005, plaintiff sent a notice of request of waiver of summons, two copies of a

2  waiver of service of summons, a self-addressed stamped envelope, and a copy of the complaint to

3  defendants.  On April 6, counsel for defendants, Kenneth Burton (also personally named as a defendant in

4  plaintiff's complaint), contacted plaintiff's counsel, Ronald Wilcox, to discuss the merits of the complaint.

5  On April 13, plaintiff's counsel faxed a letter to defendants regarding the failure to return the waiver of

6  summons.  On May 30, Mr. Burton stated that defendants would not waive service.  Plaintiff then

7  employed a private process server, who personally served Burton and the Burton Law Office on June 8,

8  2005.[1]

9       Plaintiff now moves for attorneys' fees in the amount of $900.00 and private service costs totaling

10  $170.28 incurred as a result of defendants' failure to return the waiver of service of process.

11                                    **II.  ANALYSIS**

12      Federal Rule of Civil Procedure 4(d) permits a plaintiff to avoid the costs of personal service by

13  providing a defendant with written notice, through first-class mail or other reliable means, of the

14  commencement of an action and with a request that defendant waive service of summons.  Once notified, a

15  defendant "has a duty to avoid unnecessary costs of serving the summons."  Fed. R. Civ. P. 4(d)(2).  The

16  plaintiff "shall allow the defendant a reasonable time to return the waiver, which shall be at least 30 days

17  from the date on which the request is sent."  Fed. R. Civ. P. 4(d)(2)(F).  If the defendant does not comply

18  with the request, "the court shall impose costs subsequently incurred in effecting service on the defendant

19  unless good cause for the failure be shown."  Fed. R. Civ. P. 4(d)(2)(G).  Rule 4(d)(5) provides that the

20  costs to be imposed on a defendant under paragraph (2) for failure to comply with a request to waive

21  service of a summons shall include the costs subsequently incurred in effecting service under subdivision (e),

22  (f), or (h) together with the costs including a reasonable attorney's fee, of any motion required to collect the

23  costs of service. Fed. R. Civ. P. 4(d)(5).

24      The record clearly shows that defendants failed to comply with the provisions set forth in the rule.

25  In addition, plaintiff has met and conferred with counsel for defendants, followed the appropriate

26  procedures, and set forth the costs incurred as a result of defendants' lack of compliance.  Counsel for

27  _____

28      [1]     Plaintiff does not submit documentation to support assertions regarding the oral and written
exchanges between counsel.  However, because the assertions are uncontested and generally supported by
the accompanying declaration of plaintiff's counsel, the court credits the account.

1   plaintiff, Ronald Wilcox, attests that he spent 3 hours in preparing the motion for reimbursement of costs,

2   which, at his hourly rate of $300.00, totals $900.00.  *See* Declaration of Ronald Wilcox ("Wilcox Decl.") ¶

3   9.  Wilcox also attests that the costs of for private process service was $170.28.  *Id.* ¶ 11.

4          Because defendants failed to comply with plaintiff's request for waiver of service of summons, and

5   because they have not shown good cause for the failure, the court finds that plaintiff is entitled to

6   reimbursement of costs and an award of reasonable attorney's fees in preparing this motion. *See, e.g.*,

7   *Kennemer v. Jefferson Autoplex, L.L.C.*, 2004 U.S. Dist. LEXIS 10623 at 5-6 (D. La. 2004) (awarding

8   costs and attorneys' fees to plaintiff pursuant to Rule 4(d)(2) and (5) for defendant's failure to return waiver

9   of service of summons); *Graves v. Church of the Lord Jesus Christ of the Apostalic Faith, Inc.*, 2003

10  U.S. Dist. LEXIS 25495, 2003 WL 21659168 at 1 (E.D. Pa. 2003) (same); *Ferguson v. Interpublic*

11  *Group., Inc.*, 1998 U.S. Dist. LEXIS 3992 at 1-2 (S.D.N.Y. 1998) (same).

12                              **III.  ORDER**

13         For the foregoing reasons, the court GRANTS plaintiff's motion. The Court awards costs in the

14  amount of $170.28 and attorney's fees in the amount of $900.00.

15

16

17  DATED:      8/25/05                          /s/ Ronald M. Whyte

18                                              RONALD M. WHYTE
                                                United States District Judge

19

20

21

22

23

24

25

26

27

28

1   **Notice of this document has been electronically sent to:**

2   **Counsel for Plaintiff(s):**

3   Ronald Wilcox            ronaldwilcox@post.harvard.edu

4   **Counsel for Defendant(s):**

5   Kenneth W. Burton
    2668 Grant Ave.
6   Suite 105
    Ogden, UT 84401
7

8   Counsel are responsible for distributing copies of this document to co-counsel that have not registered for
    e-filing under the court's CM/ECF program.
9

10

11
    **Dated:**          8/25/05                         /s/ MAG
12                                         **Chambers of Judge Whyte**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION FOR COSTS OF SERVICE AND ATTORNEY'S FEES—C-05-01206 RMW
MAG                                           4