1  Ronald Wilcox, Esq., State Bar No. 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: (408) 296-0400
3  Fax: (408) 296-0486

4  O. Randolph Bragg, IL Bar No. 06221983
   HORWITZ, HORWITZ & ASSOCIATES, LTD.
5  25 E. Washington Street, Suite 900
   Chicago, IL 60602
6  Tel: (312) 372-8822
   Fax: (312) 372-1673
7
   **ATTORNEY FOR PLAINTIFF**
8
                   **UNITED STATES DISTRICT COURT**
9                  **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN JOSE DIVISION**
10

11 | JUDY DAVILLA, on behalf of herself          )
   | and all others similarly situated           )
12 |                                             )    *E-FILED - 2/13/06*
   |               Plaintiff,                    )
13 |                                             )   CASE No: 05-01206 RMW RS
   |        v.                                   )
14 |                                             )   REQUEST TO CONTINUE CASE
   | THINLINE COLLECTIONS LLC,                   )   MANAGEMENT CONFERENCE TO 3/10/06
15 |                                             )   and ORDER
   |                                             )
16 | BURTON LAW OFFICE, P.C. and                 )   Date: February 17, 2006
   | KENNETH W. BURTON,                          )   Time: 10:30 a.m.
17 |                                             )
   |               Defendants.                   )
18 |                                             )

19        Plaintiff, through the assistance of the ADR Unit, has resolved this action in regard to

20 Defendants Kenneth Burton and the Law Office of Kenneth Burton.

21        Defendant Thinline Collections, LLC, has retained Utah attorney Russell Cline.

22 Defendants Thinline Collections, LLC, objected to a subpoena request for documents. On

23 February 2, 2006, I spoke to Mr. Cline in an effort to resolve the case. Mr. Cline has requested

24

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER - 1

1  his clients provide information which may help the parties resolve the case.  Mr. Cline has also
2  indicated Defendant make seek to set aside the default that was entered against Defendant.
3  Plaintiff reserves the right to oppose any such motion.
4       Mr. Cline has requested I inform the court as to the status of the matter and request a
5  continuance.  Thus, the parties hereby request that the Case management Conference originally
6  set for February 17, 2006, be continued to March 10, 2006.

8  Dated: 2/10/06      /s/Ronald Wilcox
                      Ronald Wilcox, Attorney for Plaintiff

**ORDER**

**The Case Management Conference shall be rescheduled to**  March 10, 2006  .
                         No further continuance.
**IT IS SO ORDERED:**

Dated:  2/13/06      /s/ Ronald M. Whyte
                    U.S. DISTRICT JUDGE R. M. WHYTE

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND  ORDER - 2