Case 5:05-cv-01206-RMW   Document 46   Filed 03/23/06   Page 1 of 2
From:LAW OFFICE OF RON WILCOX      408 296 0486        03/16/2006 00:41 #058 P.001/002

MAR-16-06 THU 11:12 AM   CRIPPEN AND CLINE        FAX NO. 8013221054        P. 02

1  Ronald Wilcox, State Bar #176601
   LAW OFFICE OF RONALD WILCOX
2  2160 The Alameda, 1st Flr., Suite F
   San Jose, CA 95126
3  Tel: (408) 286-0400
   Fax: (408) 296-0486
4  ronaldwilcox@yahoo.com
5
   O. Randolph Bragg, IL. Bar #06221983
6  HORWITZ, HORWITZ & ASSOCIATES
   25 East Washington, Suite 900
7  Chicago, IL 60602
   Tel: (312) 372-8822
8  Fax: (312) 372-1673
   rand@horwitzlaw.com
9
10 Attorneys for Plaintiff
11
12
13              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                   SAN JOSE DIVISION
15
                                        *E-FILED - 3/23/06*
16
17 | JUDY DAVILLA, on behalf of herself | CIV. NO. C05-01206 RMW |
   | and others similarly situated, | ORDER GRANTING |
18 |                                | REQUEST TO CONTINUE 3/24/06 CMC |
   |             Plaintiff,         | FOR 90 DAYS and STIPULATION TO |
19 |                                | MEDIATION |
   | vs.                            |  |
20 |                                | Date: March 24, 2006 |
   | THINLINE COLLECTIONS LLC,      | Time: 10:30 p.m. |
21 | BURTON LAW OFFICE, P.C., and   |  |
   | KENNETH W. BURTON,             |  |
22 |                                |  |
23 |             Defendants.        |  |

24        The parties through their attorney's, Ronald Wilcox, for the plaintiff, and Russell Cline,

25 for the, 10 West 100 South, Suite 425 Salt Lake City, UT 84101 Phone (801) 539-

26 1900, Facsimile (801) 322-1054, for the defendant, file this joint Case Management Conference

27 Statement, and stipulation to Alternative Dispute Resolution.

28

                                    - 1 -

                        Joint Case Management Conference Statement

MAR-16-06 THU 11:12 AM   CRIPPEN AND CLINE        FAX NO. 8013221064        P. 03

1    The parties hereby stipulate to mediation as a form of ADR process.

2        The parties are hopeful the ADR Unit may be able to help resolve the matter before the

3    scheduling of any actual mediation date.  Therefore, the parties request a continuance of the CMC for

4    90 days.

5

6    Dated: March 16, 2006

7                                                    Ronald Wilcox, Counsel for Plaintiff

8    Dated: March 16, 2006

9

10                                                   Russell Cline

11

12                          [PROPOSED] ORDER

13

14   The parties are Ordered to mediation and shall contact the ADR Unit within 10 days.

15   The CMC shall be continued to   June 23, 2006 @ 10:30 a.m.

16

17   IT OS SO ORDERED:

18    /s/ Ronald M. Whyte              Date: 3/23/06

19   U.S. DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

                                  - 2 -

                        Joint Case Management Conference Statement